**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MICHAEL MULHERIN,

      Plaintiff,

      v.

FRANK BISIGNANO,[1]

      Defendant.

CIVIL ACTION NO.: 4:21-cv-36

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 27, 2026, Report and Recommendation, (doc. 23), to which no party has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 23.) Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b) is **GRANTED**. (Doc. 20.) For the reasons explained in the Report and Recommendation, Plaintiff's counsel is awarded $29,401.90 in attorney's fees under 42 U.S.C. § 406(b).

**SO ORDERED**, this 18th day of February, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  Frank Bisignano is now the Commissioner of Social Security and has been substituted as the defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to update the docket accordingly.